UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNA HEDGES, on behalf of herself and all other persons similarly situated,

                Plaintiff,

   -against-

  AARONS, LLC,

                Defendant.
------------------------------------------------------------X

Case No. 22-cv-00527-KPF

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

      WHEREAS, plaintiff sued defendant alleging that its website violates Title III of the Americans with Disabilities Act, the New York State Human Rights Law, and the New York City Human Rights Law because the website is not fully accessible to disabled individuals; and

      WHEREAS, defendant continues to be committed to compliance with the applicable law, and the parties are amicably resolving this litigation on that basis,

      IT IS HEREBY STIPULATED AND AGREED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       April 21, 2022

| GOTTLIEB & ASSOCIATES | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ Jeffrey M. Gottlieb | By: /s/ Peter T. Shapiro |
| Jeffrey M. Gottlieb, Esq. | Peter T. Shapiro, Esq. |
| 150 E 18th Street, Suite PHR | 77 Water Street, Suite 2100 |
| New York, New York 10003 | New York, New York 10005 |
| (212) 228-9795 | (212) 232-1300 |
| nyjg@aol.com | Peter.Shapiro@lewisbrisbois.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

4887-4998-0954.1

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:     April 21, 2022          SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE